## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DIONNA BROOKS, | : | CIVIL ACTION |
| vs. | : | NO. 23-516 |
| DANIEL STEVENS, et al. | : | |

## ORDER

**AND NOW, TO WIT:** This 27th day of November 2023, it having been reported that the issues between the parties in the above action has been settled and upon Order of the Court pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure of this Court, it is

**ORDERED** that the above action is **DISMISSED** with prejudice, pursuant to agreement of counsel without costs.

**GEORGE WYLESOL**, Clerk of Court

**BY:** */s/ Katie Rolon*
    Katie Rolon, Deputy Clerk
    To the Honorable Gerald J. Pappert

Copies Emailed on 11/27/23 to:
  Marc I. Simon, Esq.
  Paraskevoula Mamounas, Esq.
  Yuri J. Brunetti, Esq.
  Bryce Adam Gates, Esq.

Civ 2 (7/83)

41.1(b)